## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHARIE ELLIOTT,**

      **Petitioner,**

   **-vs-**

**UNITED STATES OF AMERICA,**

      **Respondent.**               **No. 14-cv-580-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

     **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 29, 2014 (Doc. 2), Petitioner's claims are **DISMISSED** with prejudice.

                    **JUSTINE FLANAGAN,**
                    **ACTING CLERK OF COURT**

                    **BY:** _s/Caitlin Fischer_
                        **Deputy Clerk**

Dated: May 29, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.29
14:35:36 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT